℀AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

TROY SHORTER,

    Plaintiff,

-against-

CITY OF NEW YORK, et al.

    Defendants.

**APPEARANCE**

Case Number: 07 CV 4793 (LAK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The City of New York.

I certify that I am admitted to practice in this court.

7/3/2007
Date

Signature

Anna Nguyen      AN6973
Print Name      Bar Number

NYC Law Dep't., 100 Church Street
Address

New York      NY      10007
City      State      Zip Code

(212) 788-0971      (212) 788-9776
Phone Number      Fax Number