# MEMO ENDORSED





MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

Anna Nguyen
*Assistant Corporation Counsel*
Tel.: (212) 788-0971
Fax: (212) 788-9776

March 4, 2008

BY HAND
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

Re: Shorter v. City of New York, et al., 07 CV 4793 (LAK)

Dear Judge Kaplan:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendants City of New York, Commissioner Raymond Kelly, Deputy Inspector William Aubry, and Deputy Chief Robert Boyce.[1] I am writing on behalf of the parties to respectfully request a sixty-day enlargement of time from March 14, 2008 until May 12, 2008 within which the parties may complete discovery in this action. Plaintiff's counsel Leo Glickman, Esq. joins in this request. This is the parties' first request for an enlargement of time to complete discovery in this action.

The reason for this request is because the parties are continuing to conduct discovery in this action. The complaint alleges, inter alia, that plaintiff was subjected to unlawful search and false arrest stemming from two incidents on March 7, 2006 and March 9, 2007. On information and belief, the March 9, 2007 incident is currently being investigated by the Civilian Complaint Review Board ("CCRB"), and the investigation is expected to be completed in approximately two months. The enlargement of time for discovery will allow the CCRB to complete its investigation, for the parties to obtain CCRB records, and allow the parties to investigate what individuals if any were involved in the March 9, 2007 incident. Moreover,

---

[1] On information and belief, "Captain Sprague, Lieutenant Deleon, Lieutenant Maloney, Sergeant Glassberg, Police Officer Rodriguez, Police Officer Balboni, Police Officer Aponte, Police Officer Powers, Police Officer Dejesus, [and] Kenny Rivera," who plaintiff purports to name as defendants as identified in the caption of the amended complaint, have not yet been served with the summons and complaint or amended complaint in this action

*So ordered 3/4/08*
*[signature] 3/5/08*

LEWIS A. KAPLAN, USDJ

the enlargement will permit the parties to explore possible settlement in this action and to complete depositions should this matter not be resolved through settlement.

In view of the foregoing, it is respectfully requested that the Court grant the within request for an enlargement of time until May 12, 2008 for the parties to complete discovery in this action.

Thank you for your consideration in this regard.

Respectfully submitted,

Anna Nguyen
Assistant Corporation Counsel
Special Federal Litigation Division

CC:   BY FAX
      Leo Glickman, Esq.
      Stoll & Glickman
      71 Nevins Street
      Brooklyn, NY 11217
      Fax: (718) 228-6439

2