04/03/2008 17:00 IFAX astoll@nyc.rr.com → Nikki Sherrod  001/002
04/03/2008 16:11 FAX    Fax:            Apr 3 2008 05:08pm P001/002
                                                            002/018

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

TROY SHORTER,

                        Plaintiff,    STIPULATION AND ORDER
                                       TO ADD DEFENDANT

-against-

                                             DOCKET # 07 CV 2301 (LAK)

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND W. KELLY, DEPUTY INSPECTOR
WILLIAM AUBRY, INSPECTOR BOYCE, CAPTAIN
SPRAGUE, LIEUTENANT DELEON, LIEUTENANT     ECF CASE
MALONEY, SERGEANT GLASSBERG, POLICE
OFFICER RODRIGUEZ, POLICE OFFICER BALBONI,
POLICE OFFICER APONTE, POLICE OFFICER
POWERS, POLICE OFFICER DEJESUS, KENNY
RIVERA, POLICE OFFICERS JOHN DOE #1-3,

                        Defendants.

-------------------------------------------------------x


RECEIVED
APR -4 2008
JUDGE KAPLAN'S CHAMBERS

    WHEREAS, plaintiff Troy Shorter filed a Complaint on or about June 5, 2007 alleging misconduct by New York City Police Officers; and

    WHEREAS, plaintiff Troy Shorter named the individual defendant officers in the Complaint as "John Does"; and

    WHEREAS, plaintiff Troy Shorter consented to a scheduling order with leave to amend without consent of the court until November 12, 2007; and

    WHEREAS, plaintiff Troy Shorter amended his complaint on November 9, 2007 to add Inspector Boyce, Captain Sprague, Lieutenant Deleon, Lieutenant Maloney, Sergeant Glassberg, Police Officer Rodriguez, Police Officer Balboni, Police Officer Aponte, Police Officer Powers, Police Officer Dejesus, Kenny Rivera, and,

    WHEREAS, plaintiff Troy Shorter still named unidentified individual "John Doe"

officers; and,

WHEREAS, the Court compelled defendants to identify the remaining "John Doe" officers on March 19, 2008; and,

WHEREAS, defendants disclosed the names of Police Officer Matthew Reich, Police Officer Ivelisse Rodriguez, Detective Phillip Atkins, and Sergeant Peter Auerbach, on March 21; and,

WHEREAS, defendants consent to plaintiff amending his complaint to add Officers Reich, Rodriguez, Atkins and Auerbach;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

The plaintiff is granted leave to amend the First Amended Complaint and Jury Demand to include New York City Police Officers Police Officer Matthew Reich, Police Officer Ivelisse Rodriguez, Detective Phillip Atkins, and Sergeant Peter Auerbach as named defendants per the attached Second Amended Complaint.

Dated: New York, New York
April 1, 2008

Attorneys for Plaintiff
Stoll, Glickman & Bellina, LLP
71 Nevins Street
Brooklyn, New York 11217
718.852.3710

By: _____
Associate, Cynthia Conti-Cook

Attorneys for Defendants
New York City Law Dept.
100 Church Street, Fl. 4
New York, NY 10007
VIA FACSIMILE: 212-788-9776

By: _____
ACC, Karl Ashanti

SO ORDERED:
_____
Honorable Judge Lewis Kaplan

4/7/08

2