# United States District Court

SOUTHERN   DISTRICT OF   NEW YORK

TROY SHORTER

*Amended*
SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 07CV4793 (LAK)

THE CITY OF NEW YORK, POLICE
COMMISSIONER RAYMOND W. KELLY,
DEPUTY INSPECTOR WILLIAM AUBRY,
INSPECTOR BOYCE, CAPTAIN SPRAGUE,
LIEUTENANT DELEON. LIEUTENANT

TO: (Name and address of defendant)

Police Officer Matthew Reich
Shield No. 30079
Narcotics Borough Brooklyn South
745 64th Street
Brooklyn, NY 11220

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Leo Glickman, Esq.
Stoll, Glickman & Bellina L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 1 4 2008

CLERK                                                         DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action-SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 4-18-08 |
| NAME OF SERVER (PRINT) Ted Braunstein | TITLE Process Serv |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by hand at Def. Place of business, 1 Police Plaza, to Ms. A.P. Busby

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-21-08
            Date

Signature of Server: Ted Braunstein

Address of Server: 510 Atlantic Ave

Sworn before me this 21st day of April, 2008

[signature]

CYNTHIA CONTI-COOK
Notary Public, State of New York
No. 02CO6171485
Qualified in King County
Commission Expires July 23, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.