UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

TROY SHORTER,

                                  Plaintiff,

              -against-

THE CITY OF NEW YORK, POLICE COMMISSIONER RAYMOND W. KELLY, DEPUTY INSPECTOR WILLIAM AUBRY, INSPECTOR BOYCE, CAPTAIN SPRAGUE, LIEUTENANT DELEON, LIEUTENANT MALONEY, SERGEANT GLASSBERG, POLICE OFFICER RODRIGUEZ, POLICE OFFICER BALBONI, POLICE OFFICER APONTE, POLICE OFFICER POWERS, POLICE OFFICER DEJESUS, KENNY RIVERA, POLICE OFFICERS JOHN DOE #1-3,

                                Defendants.

------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 CV 4793 (LAK)(RLE)

      **PLEASE TAKE NOTICE** that defendants appear herein and that we are the attorneys for said defendants in this action, and demand that a copy of the complaint and all notices and other papers be served upon defendants at this office.

- 2 -

**PLEASE TAKE NOTICE** that **ANNA LE NGUYEN** should be removed as counsel of record and that **KARL J. ASHANTI**, Assistant Corporation Counsel, should be added as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants.

Dated: New York, New York
April 28, 2008

        MICHAEL A. CARDOZO
        Corporation Counsel
        of the City of New York
        Attorney for Defendants
        100 Church Street
        New York, New York 10007
        (212) 227-0414

        By: _____
        Karl J. Ashanti (KA - 4547)
        Assistant Corporation Counsel
        Special Federal Litigation Division

TO:
    Leo Glickman, Esq.
    Attorney for Plaintiff
    71 Nevins Street
    Brooklyn, New York 11217