UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

TROY SHORTER

                Plaintiff

    -against-

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND W. KELLY, DEPUTY INSPECTOR WILLIAM
AUBRY, POLICE OFFICERS JOHN DOE#1-14

            Defendants.

------------------------------------------------------------------ x

**AFFIDAVIT OF SERVICE
BY MAIL**

Docket No.: 07CV4793

STATE OF NEW YORK
COUNTY OF KINGS    ss:

**Nicole Sherrod** being duly sworn, deposes and says:

I am over 18 years of age and not a party to this action.

On **May 13, 2008** I served a **First and Second Amended Complaint and Jury Demand** upon
**Police Officer Powers** the **defendant** in this proceeding, by mailing a true copy of the attached
papers, enclosed and properly sealed in a postpaid envelope, which I deposited in an official
depository under the exclusive care and custody of the United States Postal Services within the
State of New York addressed to the **defendant** at:

                    **Police Officer Powers**
                    **67th Precinct**
                    **2820 Snyder Avenue**
                    **Brooklyn, NY 11216**

                    Signature: _____
                                    Nicole Sherrod

Sworn to before me this 13 day of May    2008

_____
Notary Public or Court Employee

                              CYNTHIA CONTI-COOK
                        **Notary** Public, State of New York
                            No. 02CO6171485
                          Qualified in King County
                    **Commission** Expires July 23, 2011