UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

TROY SHORTER

                Plaintiff

    -against-

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND W. KELLY, DEPUTY INSPECTOR WILLIAM
AUBRY, POLICE OFFICERS JOHN DOE#1-14

                Defendants.

-------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE
BY MAIL**

Docket No.: 07CV4793

STATE OF NEW YORK
COUNTY OF KINGS    ss:

**Nicole Sherrod** being duly sworn, deposes and says:

I am over 18 years of age and not a party to this action.

On **May 13, 2008** I served a **First and Second Amended Complaint and Jury Demand** upon **Police Officer Christopher Aponte** the **defendant** in this proceeding, by mailing a true copy of the attached papers, enclosed and properly sealed in a postpaid envelope, which I deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York addressed to the **defendant** at:

                **Police Officer Christopher Aponte**
                67th Precinct
                2820 Snyder Avenue
                Brooklyn, NY 11216

                Signature: _____
                                  Nicole Sherrod

Sworn to before me this 13 day of May 2008

_____
Notary Public or Court Employee

                                        CYNTHIA CONTI-COOK
                                  Notary Public, State of New York
                                      No. 02CO6171485
                                  Qualified in King County
                              Commission Expires July 23, 2011

CIV-GP-11 (March 2001)-1