UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TROY SHORTER

               Plaintiff

   -against-

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND W. KELLY, DEPUTY INSPECTOR WILLIAM
AUBRY, POLICE OFFICERS JOHN DOE#1-14

               Defendants.

------------------------------------------------------------x

**AFFIDAVIT OF SERVICE BY MAIL**

Docket No.: 07CV4793

STATE OF NEW YORK
COUNTY OF KINGS    ss:

**Nicole Sherrod** being duly sworn, deposes and says:

I am over 18 years of age and not a party to this action.

On **May 13, 2008** I served a **First and Second Amended Complaint and Jury Demand** upon **Lieutenant Maloney** the **defendant** in this proceeding, by mailing a true copy of the attached papers, enclosed and properly sealed in a postpaid envelope, which I deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York addressed to the **defendant** at:

              **Lieutenant Maloney**
              **67th Precinct**
              **2820 Snyder Avenue**
              **Brooklyn, NY 11216**

              Signature: _/s/ Nicole Sherrod_
                          Nicole Sherrod

Sworn to before me this 13 day of May 2008

_____
Notary Public or Court Employee

                        CYNTHIA CONTI-COOK
                    Notary Public, State of New York
                        No. 02CO6171485
                        Qualified in King County
                    Commission Expires July 23, 2011

CIV-GP-11 (March 2001)-1