UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------  x

TROY SHORTER

                Plaintiff

      -against-

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND W. KELLY, DEPUTY INSPECTOR WILLIAM
AUBRY, POLICE OFFICERS JOHN DOE#1-14

             Defendants.

------------------------------------------------------------------  x

**AFFIDAVIT OF SERVICE
BY MAIL**


Docket No.: 07CV4793

STATE OF NEW YORK
COUNTY OF KINGS    ss:

**Nicole Sherrod** being duly sworn, deposes and says:

I am over 18 years of age and not a party to this action.

On **May 13, 2008** I served a **First and Second Amended Complaint and Jury Demand** upon
**Police Officer Rodriguez** the **defendant** in this proceeding, by mailing a true copy of the
attached papers, enclosed and properly sealed in a postpaid envelope, which I deposited in an
official depository under the exclusive care and custody of the United States Postal Services
within the State of New York addressed to the **defendant** at:

**Police Officer Rodriguez**
**67th Precinct**
**2820 Snyder Avenue**
**Brooklyn, NY 11216**

                                    Signature: _____
                                                Nicole Sherrod

Sworn to before me this /3 day of *May*   2008


_____
Notary Public or Court Employee

CYNTHIA CONTI-COOK
Notary Public, State of New York
No. 02CO6171485
Qualified in King County
Commission Expires July 23, 2011
