UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

TROY SHORTER,

                                                         Plaintiffs,

-against-                         FINAL JUDGMENT

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND W. KELLY, DEPUTY INSPECTOR    07-CV-2301 (LAK)
WILLIAM AUBRY, INSPECTOR BOYCE, CAPTAIN
SPRAGUE, LIEUTENANT DELEON, LIEUTENANT
MALONEY, SERGEANT GLASSBERG, POLICE
OFFICER RODRIGUEZ, POLICE OFFICER BALBONI,    ECF CASE
POLICE OFFICER APONTE, POLICE OFFICER
POWERS, POLICE OFFICER DEJESUS, KENNY
RIVERA, POLICE OFFICER MATTHEW REICH,
POLICE OFFICER IVELISSE RODRIGUEZ,
DETECTIVE PHILLIP ATKINS, AND SERGEANT
PETER AUERBACH,

                                                   Defendants.

------------------------------------------------------------------- x

**WHEREAS**, all parties have agreed to settle and dismiss the civil action Troy Shorter v. City of New York, et al, for $15,001.00 plus reasonable attorney's fees, expenses and costs; and

**WHEREAS**, the Court of Honorable Judge Lewis A. Kaplan of the United States District Court of the Southern District of New York has ordered the action dismissed;

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. The court enters this final judgment for an amount of $15,001 and reserves jurisdiction to determine reasonable attorney's fees, expenses and costs.

SO ORDERED:

_____
LEWIS A. KAPLAN, U.S.D.J.