UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
TROY SHORTER,

                      Plaintiff,        **RULE 68**
                                          **OFFER OF JUDGMENT**

     -against-

                                              07 CV 4793 (LAK)
CITY OF NEW YORK, ET AL.

                     Defendants.
---------------------------------------------------------------x

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants hereby offer to allow plaintiff Troy Shorter to take judgment against them in this action for the sum of Fifteen Thousand and One Dollars and No Cents ($15,001.00), plus reasonable attorneys' fees and costs to the date of this offer.

        This judgment shall be in full satisfaction of all claims or rights that plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of the defendants; or any official or employee, either past or present, of the City of New York, or any agency thereof; or the New York City Police Department; or the City of New York in connection with the facts and circumstances that are the subject of this action.

        This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed as an admission of liability by any defendant, official or employee of the City of New York, or the New York City Police Department, or the City of New York; nor it is an admission that plaintiff has suffered any damages.

07/22/2008 14:55 IFAX astoll@nyc.rr.com → Nikki.Sherrod ☒002/002
Case 1:07-cv-04793-LAK   Document 39   Filed 07/22/2008   Page 2 of 2
Fax:                                   May 23 2008 09:50pm P004/004

Acceptance of this offer of judgment will act to release and discharge the defendants; their successors and assigns, and all past and present officials, employees, representatives and agents of the New York City Police Department and the City of New York, or any agency thereof; from any and all claims that were or could have been alleged by plaintiff in the above-referenced action.

Dated: New York, New York
      May 23, 2008

                      MICHAEL A. CARDOZO
                      Corporation Counsel of the
                        City of New York
                      Attorney for Defendants
                      100 Church Street, Room 3-157
                      New York, New York 10007
                      (212) 227-0414

                      By: _____
                      Karl J. Ashanti (KA-4547)
                      Assistant Corporation Counsel

Attorney for Plaintiff

Leo Glickman, Esq.
Stoll, Glickman, & Bellina LLP
71 Nevins Street
Brooklyn, NY 11217