

# STOLL, GLICKMAN & BELLINA ᴸᴸᴾ ATTORNEYS AT LAW

**71 Nevins Street**
**Brooklyn, NY 11217**

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com

Law Department of the City of New York                          June 4, 2008
Office of the Corporation Counsel
Attn: ACC Karl Ashanti
100 Church Street
New York, NY 10007
By Fax and Mail: 212-788-9776

Re:  Troy Shorter v. City of New York et al. 07-CV-4793 (LAK)

Dear Mr. Ashanti-

On May 27, 2008, you served a Rule 68 Offer of Judgment on plaintiff in the above
referenced matter.  I write to accept the Rule 68 Offer of Judgment of $15,001.  We will
be in touch regarding fees and costs shortly.

Sincerely Yours,

Leo Glickman